UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT
CASE NO.: 15-15125-DD

TERRY MURPHY,
Appelants,

    Plaintiff,

                                  District Court Case No: 0:14-cv-62673

v.

GLOBAL RESPONSE CORPORATION,
a Florida corporation,

    Defendant.
_____/

**APPELLANTS' RENEWED *UNOPPOSED* MOTION FOR
EXTENSION OF TIME TO FILE INITIAL BRIEF**

Appellants, TERRY MURPHY, CAMILO ABRIL, SHADENE WALTERS, KIMISHA SCOTT, SHAMIKA WALKER, HENRY SYLVERAIN and JILL KEYS (collectively "Appellants"), hereby request an extension of time to file their initial brief and state as follows:

1.    Appellants filed their Notice of Appeal on November 18, 2015.  Pursuant to this Court's initial letter dated November 18, 2015, Appellants' brief is due on December 23, 2015.

2.    Appellants request an extension of time through January 25, 2016 to file their brief.  Appellants are in need of the requested extension of time because their counsel was out of the office for multiple days over the past month attending depositions and mediations out of state.  As a result, counsel has had insufficient time to prepare the brief.  Further, during the upcoming Christmas and New Year holidays, counsel will be away from the office.  Upon his return, he has a number of depositions scheduled for the first and second week of January.

**3.**    Based on the foregoing, Appellants request and extension of time through and including January 25, 2016 to file their initial brief.

## Memorandum of Law

Rule 26(b) of the Federal Rules of Appellate Procedure provides that "for good cause the court may extend the time prescribed by these rules or by its order to perform any act, or may permit an act to be done after that time expires." (emphasis added). Appellants' counsel is in need of additional time to prepare and file their brief because of his busy calendar and holidays over the past month. Additionally, Appellants' Counsel will be away from the office during the upcoming holidays, and has additional depositions scheduled in early January. As a result, counsel is requesting additional time until January 25, 2016 to file the appellate brief. Neither party will be prejudiced by this extension being granted. Indeed, the appellee does not object to the extension being granted.

WHEREFORE, Appellants respectfully request the entry of an Order granting them an extension of time through and including January 25, 2016 to file their brief, and granting any other relief the Court deems just.

## CERTIFICATE OF GOOD FAITH CONFERRAL

Pursuant to 11th Cir. R. 27-1(a)(5), before filing the instant Motion, Appellants' counsel conferred with counsel for the appellee, regarding his position on the relief sought in the instant Motion. Appellee's counsel represented he had no objection to the relief sought.

## APPELLANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. App. P. 26.1 and 11th Cir. R. 26.1, Appellants, hereby certify that the following persons and entities have or may have an interest in the outcome of this case:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action- including subsidiaries, conglomerates, affiliates, parent corporations, publicity-traded companies that own 10 % or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

Abril, Camilo – Appellant

Cohn, Honorable James, U.S. District Judge

Damian & Valori – counsel for Appellee

Global Response Corporation  – Appellee

Jones, Camar R. – counsel for Appellant

Keyes, Jill – Appellant

Landy, Russell M.,– counsel for Appellee

Murphy, Terry– Appellant

Scott, Kimisha – Appellant

Shavitz, Gregg I. Esquire - counsel for Appellant

Sylverain, Henry – Appellant

Shavitz Law Group, P.A.- counsel for Appellant

Valori, Peter – counsel for Appellee

Walker, Shamika – Appellant

Walters, Shadene – Appellant

The Appellants are unaware of any publicity traded corporations which have an interest in this matter.

Dated: Boca Raton, Florida
December 21, 2015

By:  **/s/ GREGG I. SHAVITZ**
**SHAVITZ LAW GROUP, P.A.**
Gregg I. Shavitz
E-mail: gshavitz@shavitzlaw.com
Florida Bar No. 011398
1515 S. Federal Highway, Suite 404
Boca Raton, Florida 33432
Telephone:     (561) 447-8888
Facsimile:     (561) 447-8831

3

## CERTIFICATE OF SERVICE

I hereby certify that on **December 21, 2015**, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

**s/GREGG I. SHAVITZ**
Gregg I. Shavitz

## SERVICE LIST
*Murphy, Terry v. Global Response Corporation*
*CASE NO.: 15-15125-DD*
*United States Court of Appeals for the Eleventh Circuit*

Peter Valori, Esquire
Email: pvalori@dvllp.com
Russell Landy, Esquire
Email: rlandy@dvllp.com
Damian & Valori, LLP
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
Telephone (305) 371-3960
Facsimile: (305) 371-3965
Attorneys for Defendant

*Served via CM/ECF*