UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT
CASE NO.: 15-15125-DD

TERRY MURPHY, et al.,
    Appellants,

    Plaintiff,

                                        District Court Case No: 0:14-cv-62673

v.

GLOBAL RESPONSE CORPORATION,
a Florida corporation,

    Appellee.
_____/

## APPELLANTS' *UNOPPOSED* MOTION FOR ADDITIONAL EXTENSION OF TIME TO FILE INITIAL BRIEF

Appellants, TERRY MURPHY, CAMILO ABRIL, SHADENE WALTERS, KIMISHA SCOTT, SHAMIKA WALKER, HENRY SYLVERAIN and JILL KEYS (collectively "Appellants"), hereby request an additional extension of time to file their initial brief and state as follows:

1. Appellants filed their Notice of Appeal on November 18, 2015. Pursuant to this Court's initial letter dated November 18, 2015, Appellants' brief was due on December 23, 2015. On December 22, 2015, the Court granted Appellants an extension through and including January 25, 2016 to file their initial brief.

2. Recently, on January 11, 2016, the parties were ordered to attend a mediation conference scheduled for February 9, 2016. The parties have had multiple communications (including a conference call) in an effort to resolve the case, and are of the opinion that the February 9, 2016 mediation would be helpful in facilitating the parties' settlement discussions.

3.      Consequently, Appellants request an additional extension of time until February 19, 2016 to file their initial brief.  This will give the parties sufficient time to continue their settlement discussions, including at the mediation conference.  If the parties are on unable to resolve the case on February 9, 2016, the requested extension will give Appellants sufficient time to prepare and file their initial brief.

## Memorandum of Law

Rule 26(b) of the Federal Rules of Appellate Procedure provides that "for good cause the court may extend the time prescribed by these rules or by its order to perform any act, or may permit an act to be done after that time expires."  The parties have been discussing settlement, and believe the February 9 settlement conference will be helpful for the parties to work toward resolution.  This will allow the parties to focus their resources on resolving this case, and the parties will not be a burden on the Court's resources until they have exhausted all their efforts to resolve the case.

WHEREFORE, Appellants respectfully request the entry of an Order granting them an additional extension of time through and including February 19, 2016 to file their initial brief, and granting any other relief the Court deems just.

## CERTIFICATE OF GOOD FAITH CONFERRAL

Pursuant to 11th Cir. R. 27-1(a)(5), before filing the instant Motion, Appellants' counsel conferred with counsel for the appellee, regarding his position on the relief sought in the instant Motion. Appellee's counsel represented he had no objection to the relief sought.

## APPELLANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. App. P. 26.1 and 11th Cir. R. 26.1, Appellants, hereby certify that the following persons and entities have or may have an interest in the outcome of this case:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action- including subsidiaries, conglomerates, affiliates, parent corporations, publicity-traded companies that own 10 % or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

    Abril, Camilo – Appellant

    Cohn, Honorable James, U.S. District Judge

    Damian & Valori – counsel for Appellee

    Global Response Corporation – Appellee

    Jones, Camar R. – counsel for Appellant

    Keyes, Jill – Appellant

    Landy, Russell M.,– counsel for Appellee

    Murphy, Terry– Appellant

    Scott, Kimisha – Appellant

    Shavitz, Gregg I. Esquire - counsel for Appellant

    Sylverain, Henry – Appellant

    Shavitz Law Group, P.A.- counsel for Appellant

    Valori, Peter – counsel for Appellee

    Walker, Shamika – Appellant

    Walters, Shadene – Appellant

The Appellants are unaware of any publicity traded corporations which have an interest in this matter.

Dated: Boca Raton, Florida
January 15, 2016

           By:  **/s/ GREGG I. SHAVITZ**
                **SHAVITZ LAW GROUP, P.A.**
                Gregg I. Shavitz
                E-mail: gshavitz@shavitzlaw.com
                Florida Bar No. 011398
                1515 S. Federal Highway, Suite 404
                Boca Raton, Florida 33432
                Telephone:    (561) 447-8888
                Facsimile:     (561) 447-8831
                Attorneys for Appellants

## **CERTIFICATE OF SERVICE**

I hereby certify that on **January 15, 2016**, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

                                        **s/GREGG I. SHAVITZ**
                                        Gregg I. Shavitz

## **SERVICE LIST**
*Murphy, Terry v. Global Response Corporation*
*CASE NO.: 15-15125-DD*
*United States Court of Appeals for the Eleventh Circuit*

Peter Valori, Esquire
Email: pvalori@dvllp.com
Russell Landy, Esquire
Email: rlandy@dvllp.com
Damian & Valori, LLP
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
Telephone (305) 371-3960
Facsimile: (305) 371-3965
Attorneys for Appellee

*Served via CM/ECF*